UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X
LANTERN MARITIME COMPANY,

                         Plaintiff,          Case No.: 3:12-cv-00398-AVC

  -against-

PT BERLIAN LAJU TANKER TBK and GOLD
BRIDGE SHIPPING CORP.,

                         Defendants.
-------------------------------------------------------X

## MOTION FOR ORDER TO SHOW CAUSE FOR EXPEDITED HEARING

      Plaintiff Lantern Maritime Company ("Lantern"), by its attorneys Robinson & Cole LLP and Reitler Kailas & Rosenblatt LLC, as and for a Motion for an Order to Show Cause for Expedited Hearing, states the following as grounds therefore:

      1.    Lantern brings this Order to Show Cause in order to request an expedited hearing on its pending motion to enforce the settlement agreement (the "Settlement Agreement") pursuant to which Lantern and defendants PT Berlian Laju Tanker TBK ("BLT") and Gold Bridge Shipping Corp. ("Gold Bridge") agreed to settle the claims raised in this litigation, and to extend the date by which the parties are to file their final settlement papers (ECF Docket Nos. 55-69).

      2.    Lantern filed its motion on October 3, 2012. Although Lantern did not move by Order to Show Cause, Lantern is now seeking expedited relief because of events that have transpired since Lantern filed its motion. As set forth in the accompanying Supplemental Declaration of Brian Ladin, dated October 10, 2012, BLT has taken steps

140053v1

which may severely prejudice Lantern's rights if this Court does not intervene at this time.

3.   As set forth in Lantern's initial moving papers, BLT is attempting to circumvent its legal obligations to Lantern under the Settlement Agreement by hiding behind legal proceedings currently pending in Indonesia. Rather than engage in good faith negotiations to resolve Lantern's claims for monetary damages, as it was required to do under the Settlement Agreement, BLT has used the pendency of those proceedings to refuse to carry out its contractual obligations to Lantern.

4.   On October 9, 2012, several days after Lantern filed its pending motion, BLT proposed a new Restructuring Plan which it has designated "final." This Restructuring Plan, which would wash out Lantern's claim of more than $39 million, is to be submitted for a vote by BLT's creditors on or about November 12, 2012. This action by BLT, which raises the possibility that the Indonesian proceedings will be completed on a more expedited schedule than had previously been anticipated, has prompted Lantern to make this motion for an expedited hearing.

5.   It should be emphasized that the Indonesian legal proceedings in no way impede BLT's ability to comply with its contractual obligations, and have no effect until they have been completed. All Lantern requests is that this Court enforce the Settlement Agreement and make sure that Lantern's rights are not prejudiced in an intrinsically unfair and corrupt foreign proceeding in a jurisdiction, Indonesia, to which Lantern did not and never would have agreed to submit its claims.

6. Other than Lantern's pending motion to enforce the Settlement Agreement, for which Lantern now request expedited consideration, no application for the relief requested herein has been made to this or any other Court.

**WHEREFORE,** it is respectfully requested that the Court issue the accompanying Order to Show Cause, and, upon consideration of Lantern's motion, grant an expedited hearing on Lantern's pending motion to enforce the Settlement Agreement and to extend the date by which the parties are to file their final settlement papers.

Dated: October 10, 2012

                                      PLAINTIFF,
                                      LANTERN MARITIME COMPANY

                          By:   /s/ Edward P. Grosz
                                Leo G. Kailas
                                Edward P. Grosz
                                Reitler Kailas & Rosenblatt LLC
                                885 Third Avenue
                                The Lipstick Building
                                New York, NY 10022
                                Tel: 212.209.3050
                                Email: lkailas@reitlerlaw.com

                                      - and -

                                Gregory J. Ligelis (CT-04378)
                                1055 Washington Blvd.
                                Stamford, CT
                                Tel: 203.462.7516
                                Fax: 203.462.7599
                                Email: gligelis@rc.com