

REITLER KAILAS & ROSENBLATT LLC

The Clerk is directed to docket
this motion/letter-So Ordered

Judge Alfred V. Covello
Date: ___7/11/13___

New York
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

Princeton
5 Vaughn Drive
Princeton, NJ 08540-6313
Tel: 609.514.1500
Fax: 609.514.1501

June 28, 2013

<u>VIA Facsimile: (860) 240-2694</u>

The Honorable Alfred V. Covello
United States District Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

> Re:   <u>Lantern Maritime Company v. PT Berlian Laju Tanker, TBK, et al</u>
>        12-cv-398 (AVC)

Dear Judge Covello:

We are co-counsel with Gregory J. Ligelis of Robinson & Cole LLP to plaintiff Lantern Maritime Company ("Lantern") in the above captioned matter. I write with the agreement of defendants' counsel, and in accordance with the Court's prior Orders (ECF Docket Nos. 126 and 127) to report as to the status of this matter.

As the Court was previously advised, defendant PT Berlian Laju Tanker TBK ("BLT") filed a petition under Chapter 15 of the United States Bankruptcy Code seeking recognition of the Indonesian PKPU proceedings involving BLT as a foreign main proceeding. On March 28, 2013, the United States Bankruptcy Court for the Southern District of New York entered an Order Granting Provisional Relief which, *inter alia*, stayed all actions against BLT in the United States, including this action. That Order was to remain in effect pending and through the date of a hearing to consider recognition of the Indonesian Proceeding as a foreign main proceeding.

On May 21, 2013, the Bankruptcy Court issued an Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief. That Order, among other things, continued the stay previously entered against all actions against BLT in the United States, including this action.

146990

The Honorable Alfred V. Covello
June 28, 2013
Page 2 of 2

    We understand that BLT will be moving in the near future for an Order recognizing the
PKPU Plan entered in the Indonesian proceedings.  Lantern anticipates that it will be opposing
BLT's motion and reserves all rights with respect to that Plan, the proceedings in the Bankruptcy
Court and its claims in this case.  In light of the bankruptcy stay presently in effect, the parties
respectfully request that no further action be taken regarding this matter, pending further action in
the Bankruptcy Court.

                                                Respectfully submitted,

                                                Edward P. Grosz

cc:    (via e-mail)

       Gregory J. Ligelis
       Robinson & Cole LLP

       Manuel R. Llorca
       Llorca & Hahn LLP
       Attorneys for BLT Chembulk Group

       Michael E. Unger
       Freehill Hogan & Mahar, LLP-CT
       Attorneys for BLT Chembulk Group

       Manuel A. Molina
       Freehill Hogan & Mahar, LLP-CT
       Attorneys for BLT Chembulk Group